```
 1  LAW OFFICES OF BILL LATOUR
    BILL LATOUR [CSBN: 169758]
 2      1420 E. Cooley Dr., Suite 100
 3      Colton, California 92324
        Telephone: (909) 796-4560
 4      Facsimile:  (909) 796-3402
 5      E-Mail: fed.latour@yahoo.com
 6
 7  Attorney for Plaintiff
 8              UNITED STATES DISTRICT COURT
 9       CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
10  LESLIE PETIT,                    )   No.  EDCV 11-02001 JEM
11                                   )
12         Plaintiff,                )   ORDER AWARDING EAJA FEES
                                     )
13         v.                        )
                                     )
14                                   )
    MICHAEL J. ASTRUE,               )
15  Commissioner Of Social Security, )
16                                   )
           Defendant.                )
17
18
        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
        IT IS ORDERED that EAJA fees are awarded in the amount of FOUR
20
    THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($4,500.00 subject to the
21
    terms of the stipulation.
22
        DATE:  October 29, 2012     /s/John E. McDermott_____
23
                                    HON. JOHN E. MCDERMOTT
24                                  UNITED STATES MAGISTRATE JUDGE
25
26
27
28

                                   -1-
```